**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BOROUGH OF PALMYRA,      :   No. 743 MAL 2016

       Respondent      :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court

         v.                  :

                                :

                                :

RAYMOND U. BRANDT,      :

                                :

       Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.